EOLAS TECHNOLOGIES INCORPORATED and The Regents of the University of California, Plaintiffs–Appellants,

v.

AMAZON.COM, INC., and Yahoo! Inc., Defendants–Appellees,

and

Google Inc., and Youtube, LLC, Defendants–Appellees,

and

J.C. Penney Corporation, Inc., Defendant–Appellee.

No. 2012–1632.

United States Court of Appeals, Federal Circuit.

July 22, 2013.

Mike McKool Jr., McKool Smith, P.C., of Dallas, TX, argued for plaintiffs-appellants. With him on the brief were Douglas A. Cawley, of Dallas, TX, and Kevin L. Burgess, John B. Campbell and Joel L. Thollander, of Austin, TX.

Daryl L. Joseffer, King & Spalding LLP, of Washington, DC, argued for defendants-appellees. With him on the brief was Adam Conrad, for all defendants-appellees. Of counsel on the brief were Douglas E. Lumish, Kasowitz, Benson, Torres & Friedman, LLP, of Redwood Shores, CA, for defendants-appellees, Google Inc., et al.; Diane K. Lettelleir, J.C. Penney Corporation, Inc., Plano, TX, for defendant-appellee for J.C. Penney Corporation, Inc.; Edward R. Reines, Weil, Gotshal & Manges, LLP, of Redwood Shores, CA, and Jennifer H. Doan, Haltom & Doan, of Texarkana, TX, for defendants-appellees Amazon.com, Inc., et al.; Kevin T. Kramer, Yahoo! Inc., of Sunnyvale, CA, for defendant-appellee, Yahoo! Inc.; and Jeffrey H. Dean, Amazon.com, Inc., of Seattle, WA, for defendant-appellee, Amazon.com, Inc.

NEWMAN, BRYSON, and PROST, Circuit Judges.

PER CURIAM.

**JUDGMENT**

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.